FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 04 146-DSF |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| Eric R. Neal | ) | Probation/Supervised Release |
| Defendant. | ) | Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✗) the safety of any person or the community.

///
///
///
///
///

```
 1      2.   The Court concludes:
 2           A.    (X) Defendant has failed to demonstrate by clear and
 3                     convincing evidence that he is not likely to pose
 4                     a risk to the safety of any other persons or the
 5                     community.  Defendant poses a risk to the safety
 6                     of other persons or the community based on:
 7                     ___DEFT'S CRIMINAL HISTORY, 2004 VIOLATION,___
 8                     ___POSITIVE TEST FOR NARCOTICS USE___
 9                     _____
10                     _____
11                     _____
12           B.    (X) Defendant has failed to demonstrate by clear and
13                     convincing evidence that he is not likely to flee
14                     if released.  Defendant poses a flight risk based
15                     on:  ___FACTORS IN PARA 2(A) ABOVE___
16                     _____
17                     _____
18                     _____
19                     _____
20
21      IT IS ORDERED that defendant be detained.
22
23      DATED:  SEPT 26, 2008
24
25                                    ~~HONORABLE JACQUELINE CHOOLJIAN~~
                                      United States Magistrate Judge
26                                    HON JENNIFER T. LUM
27
28
```