Case 2:04-cr-00146-DSF  Document 42  Filed 10/29/09  Page 1 of 2  Page ID #:56



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-00146-DSF |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | (Fed.R.Crim.P. 32.1(a)(6) |
| ERIC R. NEAL, | 18 U.S.C. § 3143(a) |
| Defendant. | Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the _CDCA_ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

    The Court concludes:

    A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by conditions of release_

```
1       B.    (✓) Defendant is a flight risk because defendant has
2                 not shown by clear and convincing evidence that:
3                 _he can abide by conditions of release_____
```

IT IS ORDERED defendant be detained.

DATED: October 29, 2009.

_____
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE